# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

140083

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 140083
             COA: 287382
             Oakland CC: 2008-219869-FC

HAROLD JUAN THOMAS,
   Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the October 6, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

p0222